In the Matter of the Application of Philip Isaacs, of 760 West End Avenue, Borough of Manhattan, City of New York, Appellant, for an Order Containing Directions to S. Howard Cohen and Others, etc., Regarding Petitions Filed from the Ninth Assembly District, New York County, and Containing as Its Committee to Fill Vacancies, Morton Baum and Others, Respondents.— Order affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of Charles A. Loreto for an Order Declaring Null and Void the Determination Made by S. Howard Cohen, etc., and Others, etc., Striking Out the Petitions Designating Him as Candidate for Nomination of the Democratic Party for the Office of Justice of the Municipal Court of the City of New York, Borough of Bronx, First District, to Be Voted at the Primary Election, etc., and Further Ordering the Reinstatement of Said Petitions.— Order affirmed, without costs, and leave to appeal to the Court of Appeals granted. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of Charles A. Loreto for an Order to Declare Null and Void and to Vacate the Filing of Certain Objections Made by Irving Tennenbaum and Specifications Filed Thereunder by Him against the Petitions Designating Charles A. Loreto as Candidate for Nomination of Democratic Party for the Office of Justice of the Municipal Court of the City of New York, Borough of Bronx, First District, to Be Voted at the Primary Election, etc., and Directing S. Howard Cohen, etc., and Others, etc., to Strike Out from Their Files the Said Objections and Specifications.— Order affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of John F. Hughes, Appellant, etc., for an Order to Invalidate and Declare Null and Void the Designating Petition Filed by or on Behalf of Certain Candidates for Members of Democratic County Committee in the Forty-eighth Election District of the Fifteenth Assembly District, New York County, Subscribed by William Mulqueen, Respondent.— Order affirmed, without costs, and leave to appeal to the Court of Appeals granted. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.